**Order filed, March 24, 2020.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-20-00094-CV
_____

**KRISTEN C. HITCHCOCK TAKARA, AS REPRESENTATIVE AND INDEPENDENT ADMINISTRATIX OF THE ESTATE OF REUBEN BLAIR HITCHCOCK, Appellant**

**V.**

**ANDREW JACKSON, Appellee**

---

**On Appeal from the 20th District Court**
**Milam County, Texas**
**Trial Court Cause No. CV39023**

---

### ORDER

The reporter's record in this case was originally due February 6, 2020. *See* Tex. R. App. P. 35.1. On February 18, 2020, this court granted the court reporters request for extension of time to file the record until March 19, 2020. To date, the record has not been filed with the court. Because the reporter's record was not

filed within the time prescribed in the first request, the court issues the following order.

We order Angela Ralston, the court reporter, to file the record in this appeal within 30 days of the date of this order. **No further extension will be entertained absent exceptional circumstances**. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If Angela Ralston does not timely file the record as ordered, the Court may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Jewell and Spain.